

**THIS ORDER IS SIGNED AND ENTERED.**

Dated: December 09, 2010

_____
**Hon. Robert D. Martin
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE<br>Robert A. Burt and Stephanie D. Burt fka<br>Stephanie D. Wiedmer<br><br>    Debtors. | Chapter: 13<br><br>Case No. 09-16433-RDM |

**ORDER REGARDING STIPULATION BY AND BETWEEN DEBTORS AND US BANK, N.A.
RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

Pursuant to the stipulation by and between the debtor(s) and US Bank, N.A., its successors and/or assignees (hereinafter "the movant") with respect to the property located at 2307 E Lorena Dr, Beloit, WI 53511-1820,

IT IS HEREBY ORDERED that the debtors indicate they have paid $1,550.00 to the movant on or about November 13, 2010.  In the event any such payment is not received in a timely manner, counsel for the movant may submit an affidavit of default and proposed order for immediate relief from the automatic stay to the court for signature.

Drafted by:

Christopher C. Drout
Gray & Associates, L.L.P.
16345 West Glendale Drive
New Berlin, WI 53151-2841
Phone: (414) 224-8404
Fax: (414) 224-1279
Email: cdrout@gray-law.com

Gray & Associates, L.L.P. is attempting to collect a debt on our client's behalf and any information obtained will be used for that purpose.  If you have previously received a discharge in a chapter 7 bankruptcy case, this communication should not be construed as an attempt to hold you personally liable for the debt.

IT IS FURTHER ORDERED that with the expectation that the payment required by the preceding paragraph will be received in a timely manner, the movant may file a supplemental claim for the post-petition arrearage which exists through the end of November 2010 in the amount of $4,444.99. The arrearage is itemized as follows:

| | |
|---|---:|
| 7/10 through 11/10<br>5 mortgage payments @ $1,524.19 | $7,620.95 |
| Accumulated Late Charges | 243.88 |
| Credits / Suspense | (1,329.84) |
| Property Preservation Fees | 160.00 |
| Attorney Fees and Costs | 800.00 |
| Payment received 10/18/2010 | (1,500.00) |
| Payment to be received | (1,550.00) |
| TOTAL ARREARAGE | $4,444.99 |

IT IS FURTHER ORDERED that the debtors shall voluntarily increase the payments to the trustee as necessary to pay the supplemental claim and ensure that the plan is adequately funded and remains feasible.

IT IS FURTHER ORDERED that commencing in December 2010 through and including May 2011, the debtors shall make all monthly mortgage payments to the movant in sufficient time to be received on or before the 16th day of each month in which each such payment is due. In the event any such payment is not received in a timely manner, counsel for the movant may submit an affidavit of default and proposed order for immediate relief from the automatic stay to the court for signature.

IT IS FURTHER ORDERED that commencing in June 2011, the debtors shall make all monthly mortgage payments to the movant in sufficient time to be received on or before the 16th day of each month in which each such payment is due. In the event any such payment is not received in a timely manner, counsel for the movant may request by letter another hearing upon the motion for relief from the automatic stay.

IT IS FURTHER ORDERED that pending further notice, the amount of the monthly mortgage payment is $1,524.19 and payments shall be made to the movant at US Bank NA, 4801 Frederica Street Owensboro, KY 42301.

#####